# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMY J. JUTTE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C13-921RAJ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

This matter comes before the court on review of the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge. No party has objected to the Report and Recommendation. The court orders as follows:

(1) The Court adopts the R&R. Dkt. # 15.

(2) The court reverses the final decision of the Commissioner and remands this case to the Social Security Administration for further proceedings consistent with the R&R.

(3) The clerk shall dismiss this case, enter judgment for Plaintiff, and ensure that Judge Donohue receives notice of this order.

DATED this 13th day of January, 2014.

*(signature)*

The Honorable Richard A. Jones
United States District Court Judge

ORDER REMANDING CASE
PAGE - 1